IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Janna Balak, as Personal )
Representative of the Estate )
of Joe P. Chrisman, deceased, )
                                               )
                Plaintiff,            )
                                               )
v.                                     )          No. CIV-09-1183-L
                                               )
KV Pharmaceutical Company and   )
Ethex Corporation,              )
                                               )
                Defendants.        )

## ADMINISTRATIVE CLOSING ORDER

On the representations from counsel for the defendant that the parties have

reached a settlement and compromise, it is ordered that the Clerk administratively

terminate this action in his records without prejudice to the rights of the parties to

reopen the proceeding for good cause shown, for the entry of any stipulation or

order, or for any other purpose required to obtain a final determination of the

litigation.

If the parties have not reopened this case within 45 days of this date for the

purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall

be deemed to be dismissed with prejudice.

IT IS SO ORDERED this 3rd day of June, 2010.

_____
TIM LEONARD
United States District Judge